OPINION — AG — ** COSMETHOLOGY — DEFINED ** QUESTION: CAN A PERSON LICENSED TO PRACTICE COSMETOLOGY AS DEFINED IN 59 O.S. 199.1 [59-199.1] PRACTICE ELECTROLOGY ? — NEGATIVE, ONE WOULD HAVE TO OBTAIN A LICENSE FIRST. (QUALIFICATIONS) CITE: 59 O.S. 199.1 [59-199.1], 59 O.S. 803 [59-803], 59 O.S. 198.27 [59-198.27], 59 O.S. 812 [59-812] OPINION NO. NOVEMBER 12, 1948 — ELECTROLOGY, 59 O.S. 198.3 [59-198.3] (JAMES P. GARRETT)